

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00474-CR

Raymond **DANIELS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3242
Honorable Mary D. Roman, Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 13, 2019.

Beth Watkins, Justice

---

[1] The Honorable Lori Valenzuela is the judge of the 437th Criminal District Court, Bexar County, Texas. However, the judgment in this case was signed by the Honorable Mary D. Roman, who at the time of the judgment was retired and sitting by assignment.